# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE DIXON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:10-CV-01225-LJO-DLB PC<br><br>ORDER DISREGARDING MOTION TO AMEND AS UNNECESSARY<br><br>(DOC. 7) |

　　　Plaintiff Duane Dixon ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action. On August 5, 2010, Plaintiff filed a motion to amend his complaint. Plaintiff concurrently filed his first amended complaint. A party may amend its pleading once as a matter of course. Fed. R. Civ. P. 15(a).  Accordingly, Plaintiff's motion is DISREGARDED as unnecessary.

　　　IT IS SO ORDERED.

　　　Dated:　**October 8, 2010**　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1