IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE DIXON, | 1:10-cv-01225-LJO-DLB (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED |
| v. | IN FORMA PAUPERIS AS MOOT |
| DEPARTMENT OF CORRECTION AND REHABILITATION, et al, | (ECF No. 38) |
| Defendants. | |
| _____/ | |

   Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

   On November 29, 2012, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on July 14, 2010, IT IS HEREBY ORDERED THAT plaintiff's application of November 29, 2012, is DISREGARDED AS MOOT.

   IT IS SO ORDERED.

   Dated:   **December 13, 2012**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE